COMMONWEALTH of Pennsylvania,
Respondent

v.

Ronald L. HEICHEL, Petitioner

No. 673 MAL 2016

Supreme Court of Pennsylvania.

February 13, 2017

### ORDER

PER CURIAM

AND NOW, this 13th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joshua James STUMP, Petitioner

No. 644 MAL 2016

Supreme Court of Pennsylvania.

February 13, 2017

### ORDER

PER CURIAM

AND NOW, this 13th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.